UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

232 WASECA AVENUE, LLC f/k/a
68 CUMBERLAND STREET, LLC,
    Plaintiff

v.

HARTFORD UNDERWRITERS
INSURANCE COMPANY,
    Defendant

C.A. No. 1:26-cv-61

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332 and 1446, the Defendant, Hartford Underwriters Insurance Company, files this Notice of Removal, and respectfully states the following to this Honorable Court:

1.    The Plaintiff, 232 Waseca Avenue, LLC f/k/a 68 Cumberland Street, LLC, filed the Complaint entitled 232 Waseca Avenue, LLC f/k/a 68 Cumberland Street, LLC v. Hartford Underwriters Insurance Company, on July 16, 2025 in Superior Court of the State of Rhode Island, Providence County (hereinafter "the State Court Action"). *See* Complaint, a true and accurate copy of which is attached hereto as Exhibit 1.

2.    The Defendant, Hartford Underwriters Insurance Company, by its registered agent, received a copy of the Summons and Complaint on January 9, 2026. *See* Ex. 1. The Defendant has attached hereto all process, pleadings, and orders that have been filed, served, or received in this action. *See* Ex. 1.

3.    According to the Complaint, the Plaintiff is a Rhode Island limited liability company, with a principal office located at 1 Realty Way in East Providence, Rhode Island. *See* Ex. 1, at ¶ 1.

4.     The Defendant is a Connecticut corporation, with a principal place of business located at One Hartford Plaza in Hartford, Connecticut. *See* Ex. 1, ¶ 2.

5.     In the Complaint, the Plaintiff asserts counts of breach of contract and declaratory judgment against the Defendant. *See* Ex. 1, at Counts I and II.

6.     In the Complaint, the Plaintiff alleges damages of "approximately $100,000." *See* Ex. 1, at ¶¶ 13, 15.

7.     This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §§ 1332 and 1441, in that there is complete diversity among the parties and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. *See* Ex. 1, at ¶¶ 1, 2, 13, 15. Therefore, this case is properly within the jurisdiction of this Court.

8.     The Superior Court of the State of Rhode Island, Providence County, is located within the District of Rhode Island.  28 U.S.C. § 101.  Thus, venue is proper in this Court as it is the district "embracing the place where such action is pending." 28 U.S.C. § 1441(a).

9.     Promptly after the filing of the Notice of Removal, the Defendant shall give written notice of the removal to the Plaintiff through their attorney of record and to the clerk of Superior Court of the State of Rhode Island, Providence County, as required by 28 U.S.C. § 1446(d).

WHEREFORE, the Defendant, Hartford Underwriters Insurance Company, respectfully requests that this action now pending in Providence Superior Court, be removed to the United States District Court for the District of Rhode Island, as an action properly removable thereto and seeks general relief.

281977374v.1

Respectfully Submitted,

Defendant,

HARTFORD UNDERWRITERS INSURANCE COMPANY,

By its attorney,

 /s/ Michael P. Garrity
Michael P. Garrity, RI Bar No. 9096
Michael.Garrity@WilsonElser.com
WILSON ELSER
260 Franklin Street, 14th Floor
Boston, MA 02110-3112
(617) 422-5336

Dated: January 29, 2026

281977374v.1